# In the United States Court of Federal Claims

## No. 13-390

**VIRGIN ISLANDS PORT AUTHORITY,**

       **Plaintiff,**

       **JUDGMENT**

      **v.**

**THE UNITED STATES,**

       **Defendant.**

Pursuant to the court's Opinion, filed January 9, 2018, granting defendant's motion for summary judgment and denying plaintiff's cross-motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant. No costs.

Lisa L. Reyes
Clerk of Court

**January 10, 2018**        By:    s/ Anthony Curry

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.